IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hatfield, Richard J | Case Number: 07 B 21623 |
|---|---|---|
| | Hatfield, Ruby J | Judge: Squires, John H |
| | Printed: 01/13/09 | Filed: 11/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 3, 2008
Confirmed: July 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 6,400.00 | |
| Secured: | | 1,440.00 |
| Unsecured: | | 0.00 |
| Priority: | | 1,055.87 |
| Administrative: | | 3,500.00 |
| Trustee Fee: | | 404.13 |
| Other Funds: | | 0.00 |
| Totals: | 6,400.00 | 6,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,500.00 | 3,500.00 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 1,440.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 26,206.68 | 1,055.87 |
| 4. | Illinois Dept of Revenue | Priority | 0.00 | 0.00 |
| 5. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 119.21 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 129.91 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 18.85 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 121.80 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 171.36 | 0.00 |
| 11. | Dental Group | Unsecured | 7.02 | 0.00 |
| 12. | Creditors Interchange | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | M3 Financial Services | Unsecured | | No Claim Filed |
| 15. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 16. | One Iron Ventures | Unsecured | | No Claim Filed |
| 17. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 18. | Nationwide Collection Inc | Unsecured | | No Claim Filed |
| 19. | First Premier | Unsecured | | No Claim Filed |
| | | | $ 30,274.83 | $ 5,995.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.20 |
| 6.6% | 321.93 |
| | $ 404.13 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hatfield, Richard J<br>Hatfield, Ruby J<br>Printed: 01/13/09 | Case Number:  07 B 21623<br>Judge:  Squires, John H<br>Filed:  11/16/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

